

# NUMBER 13-24-00405-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DANIEL RENEE GARCIA,**        **Appellant,**

**v.**

**THE STATE OF TEXAS,**        **Appellee.**

---

## ON APPEAL FROM THE 319TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Memorandum Opinion by Justice Benavides**

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number 24FC-1021G. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea bargain case, . . . and the [d]efendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On August 15, 2024, we ordered appellant's counsel to review the record and

determine whether appellant has a right to appeal. On September 11, 2024, appellant's counsel responded concluding that appellant waived his right to appeal and otherwise does not have a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
10th day of October, 2024.